April 8, 2005

Mr. Brock C. Akers
Phillips & Akers, P.C.
3200 Southwest Freeway, Suite 3400
Houston, TX 77027
Mr. James T. Liston
Spagnoletti & Co.
1600 Smith, 45th Floor
Houston, TX 77002

RE: Case Number: 03-0919
 Court of Appeals Number: 01-02-00079-CV
 Trial Court Number: 00-12496

Style: WESTERN INVESTMENTS, INC., FRONT ROYALE APARTMENTS, WESTERN
 INVESTMENTS D/B/A FRONT ROYALE APARTMENTS, RON DEUTSCH, WARREN
 DEUTSCH, AND KATE MICHON
 v.
 MARIA URENA, INDIVIDUALLY AND AS NEXT FRIEND OF L.U., A MINOR

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margie Thompson|
| | |
| |Mr. Charles |
| |Bacarisse |
| |Ms. Deborah J. |
| |Lafetra |